August 27, 1982.

450 A.2d 218

Buchart-Horn v. Grenoble et al.

Appeal of Barton A. Pasternak.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Argued September 22, 1981. Walter W. Wilt, for appellant; Jerome T. Foerster, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the learned Dauphin County Common Pleas Court Judge Warren G. Morgan is affirmed.

450 A.2d 218

Carbon County Housing Auth. v. Egli, Appellant.

Argued December 7, 1981. George Milner, for appellant; Armin Feldman, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.